UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

In Re: Ethicon Physiomesh Flexible Composite
Hernia Mesh Products Liability Litigation

        MDL Docket No. 1:17-MD-02782-RWS
        1:18-cv-04581-RWS

PLEASE TAKE NOTICE that the undersigned counsel, Jason C. Chambers of Hollis Law Firm hereby appears on behalf of Plaintiff John Feehan in the above referenced action and in the above referenced MDL proceeding, MDL Docket No. 1:17-MD-02782-RWS.

        Respectfully submitted,

Dated:  May 5, 2019        By:    /s/ Jason C. Chambers
                Jason C. Chambers
                Hollis Law Firm
                5100 w. 95th St.
                Prairie Village, KS 66207
                (913) 385-5400
                (913) 385-5402 (facsimile)
                jason@hollislawfirm.com

## CERTIFICATE OF SERVICE

 I hereby certify that on May 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated: May 5, 2019              /s/ Jason C. Chambers
                          Jason C. Chambers